# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREGORY RUSHING,

        Petitioner,        Case Number: 2:04-CV-74322

v.        HON. GERALD E. ROSEN

RAYMOND BOOKER,

        Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated November 21, 2012, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 21st day of November, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Julie Owens

APPROVED:

s/Gerald E. Rosen
Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 21, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager